# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE CAMPOS, JULIO CAMPOS, VICTOR LOPEZ, and GUADALUPE RODRIGUEZ, on behalf of themselves and similarly situated employees,<br><br>                      Plaintiffs,<br><br>v.<br><br>PERSONNEL STAFFING GROUP, LLC d/b/a MVP, MVP WORKFORCE, LLC and W2 ENTERPRISES, LLC,<br><br>                      Defendants. | Case No. 15 C 10554<br><br>Judge Norgle<br><br>Magistrate Judge Martin |

## JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE WITH THE DISMISSAL TO CONVERT TO A DISMISSAL WITH PREJUDICE

Jose Victor Lopez and Guadalupe Rodriguez, Plaintiffs, and Personnel Staffing Group, LLC, d/b/a MVP, MVP Workforce, LLC d/b/a Workforce and W2 Enterprises, LLC (collectively "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, through their respective attorneys, stipulate and agree to the following:

1. Plaintiffs hereby dismiss this matter without prejudice with the dismissal to convert to prejudice if no party has moved to reinstate the case within thirty (30) days, or on or before October 25, 2017; and

2. All of the above actions are taken without costs to either party, all matters in controversy having been resolved.

Respectfully Submitted,

Dated: September 26, 2017

<table>
<tr><td>

*s/Christopher J. Williams*
Christopher J. Williams
Alvar Ayala
Workers' Law Office, PC
53 W. Jackson Blvd, Suite 701
Chicago, Illinois 60604
(312) 795-9121

Attorneys for Plaintiff

</td><td>

*s/Elliot Richardson*
Elliot Richardson
Michele Dougherty
KOREY RICHARDSON LLC
Two First National Plaza
20 S. Clark Street, Ste. 500
Chicago, Illinois 60603
(312) 372-7075

Attorneys for Defendants Personnel Staffing Group, LLC, MVP Workforce, LLC and W2 Enterprises, LLC

</td></tr>
</table>